UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| PANDORA SEARS   ) | |
| ) | |
| Plaintiff   ) | |
| ) | |
| v.   ) | Case No. 3:15-cv-771-GNS |
| ) | |
| ENHANCED RECOVERY   ) | |
| CO., LLC et al.   ) | |
| ) | |
| Defendants   ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Comes the Plaintiff, Pandora Sears, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) hereby dismisses with prejudice all of her claims against Defendant, Experian Information Solutions, Inc. with prejudice. Plaintiff and Experian Information Solutions, Inc., each bear their own costs and attorneys' fees.

Respectfully submitted,

/s/David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(502) 443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/David W. Hemminger
David W. Hemminger